# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2441
_____

TIMOTHY LEE HURST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Jr., Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ardith Bronson and Jose M. Espinosa of DLA Piper LLP, Miami, for Appellant.

James Uthmeier, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.